

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7212
Washington, DC 20530

Tel: 202-514-4820

VIA CM/ECF

September 18, 2025

Ms. Molly C. Dwyer
U.S. Court of Appeals for the
   Ninth Circuit
James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

RE: *AFGE v. OPM*, Nos. 25-1677, 25-2637, 25-5875 (9th Cir.)

Dear Ms. Dwyer:

     Earlier today, defendants-appellants in the above-captioned cases filed a motion to consolidate these appeals. Consistent with plaintiffs' representation, defendants stated that plaintiffs do not object to that motion. After we filed the motion, however, counsel for plaintiffs informed us that she had misspoken and that plaintiffs do object to consolidation.

                      Sincerely,

                      s/ Joshua M. Koppel

                      Joshua M. Koppel
                      Attorney, Appellate Staff

cc:    counsel (via CM/ECF)