IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants-Appellants, | No. 25-5875 |

**UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE THE GOVERNMENT'S REPLY BRIEF**

Pursuant to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 31-2.2(b), the federal government defendants hereby respectfully move for a 30-day extension of time, to and including May 18, 2026, within which to file defendants' reply brief. Plaintiffs-appellees do not oppose this motion. In support of this motion, counsel states as follows:

1. Defendants filed their opening brief in this appeal on January 9, 2026. Plaintiffs filed their response brief on March 13, 2026. Pursuant to an order issued on December 4, 2025, granting the parties' motion to set certain briefing deadlines, defendants' reply brief is currently due April 17, 2026. Defendants now seek a 30-day extension for their reply brief. Accounting for the weekend at the end of that period, defendants' reply would be due on May 18, 2026.

2.  The requested 30-day extension is necessary to ensure adequate time for the preparation of the government's reply and consultation within the federal government.  Joshua Koppel, the attorney with primary responsibility for drafting the brief in this case, also had primary or supervisory responsibility for filings in *Ayegman v. Bondi*, No. 25-5360 (D.C. Cir.) (response brief filed March 23, 2026); *The Schwartz E-Liquid v. FDA*, No. 26-1063 (D.C. Cir.) (opposition to emergency stay motion due April 6, 2026); and *Wages & White Lion Invs., LLC v. FDA*, No. 21-60766 (5th Cir.) (supplemental brief due April 14, 2026); *Charlie's Chalk Dust v. FDA*, No. 25-60609 (5th Cir.) (response brief due April 20, 2026); *My Vape Order, Inc. v. FDA*, No. 21-71302 (9th Cir.) (response brief due May 4, 2026); as well as several internal deadlines. In addition, Mr. Koppel has pre-planned leave and international travel from April 1-12 and May 4-11, 2026.

3.  Defendants represent that they have exercised diligence in preparing the reply brief and that the brief will be filed within the time requested.

## CONCLUSION

For the foregoing reasons, we respectfully ask that the Court extend the deadline for the defendants' reply brief by 30 days, to and including May 18, 2026.

Respectfully submitted,

MELISSA N. PATTERSON

*/s/ Joshua M. Koppel*

JOSHUA M. KOPPEL
(202) 514-4820
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7212
  Washington, D.C. 20530

MARCH 2026

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 335 words, according to the count of Microsoft Word.

*/s/ Joshua M. Koppel*
JOSHUA M. KOPPEL